IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER JONES                                              PLAINTIFF

v.                        No. 3:16-cv-55-DPM

MIKE BRUMFIELD, Narcotics Agent, Jonesboro
Police Department; TREY DUPUY, Narcotics Agent,
JPD; BLAKE BRISTOW, Narcotics Agent, JPD;
KENNY HOWARD, Narcotics Agent, JPD; JOHN
HUGHES, Narcotics Agent, JPD; STEVEN EATON,
Narcotics Agent, JPD; GARY SHACKLEFORD,
Narcotics Agent, JPD; MELISSA WELLS, Narcotics
Agent, JPD; and JOSEPH LEDBETTER, Narcotics
Agent, JPD                                                        DEFENDANTS

## ORDER

Jones filed a *pro se* complaint and a motion to proceed *in forma pauperis*. № 1 & 2. But Jones didn't sign his complaint. If he wants to proceed with this lawsuit, then he must submit a signed complaint by 18 June 2016. If he doesn't, then his complaint will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 19 May 2016