IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER JONES                                                                        PLAINTIFF

v.                              No. 3:16-cv-55-DPM

MIKE BRUMFIELD, Narcotics Agent, Jonesboro
Police Department; TREY DUPUY, Narcotics Agent,
JPD; BLAKE BRISTOW, Narcotics Agent, JPD;
KENNY HOWARD, Narcotics Agent, JPD; JOHN
HUGHES, Narcotics Agent, JPD; STEVEN EATON,
Narcotics Agent, JPD; GARY SHACKLEFORD,
Narcotics Agent, JPD; MELISSA WELLS, Narcotics
Agent, JPD; and JOSEPH LEDBETTER, Narcotics
Agent, JPD                                                                                  DEFENDANTS

JUDGMENT

Jones's complaint is dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

 21 June 2016